**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **CASE NO. 4:11-cr-21-SPM/WCS-2**

**DEMARIO ANTRON PARAMORE,**

**Defendant.**
_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to the Report and Recommendation (doc. 43) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **DEMARIO ANTRON PARAMORE**, to Counts Two, Three, and Four of the Indictment is hereby **ACCEPTED.** The plea agreement is **REJECTED** as to Count One. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this thirteenth day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge